UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:21-mj-1915-DCI

JOCELYN DOR

AUSA: Chauncey Bratt

Defense Attorney: Spencer Rhodes

| Judge: | **DANIEL C. IRICK**<br>United States Magistrate Judge | Date and Time: | November 12, 2021<br>2:08-4:10PM |
|---|---|---|---|
| Courtroom: | 5C | Total Time: | 1 hr 58 minutes |
| Deputy Clerk: | N. Rodriguez | Reporter: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| Interpreter: | Vanessa McCalla-Velazquez (Creole- Haitian) | Pretrial/Prob: | Ebonie Henderson |

**CLERK'S MINUTES**
**DETENTION HEARING**

Case called, appearances made, procedural setting by the Court.
Detention hearing held.
Government calls Joseph Kenny, FBI special agent; witness placed under oath.
Cross examination. Re-direct.
Defense calls Gurline Flerigene; witness placed under oath.
Cross examination. Re-direct.
Defense recalls FBI agent Joseph Kenny; witness is reminded he is still under oath.
Testimony Concluded.
Defense counsel proffers additional evidence.
Counsel make arguments.
Court takes brief recess and allows gov't to make a phone call to verify information (3:36-3:30PM)
Court places its decision on the record and finds that conditions of release can be set.
Defendant is ordered released with conditions as set forth in the Order Setting Conditions of Release.
Government makes ore tenus motion to Stay Order of Release to allow AUSA in District of Columbia to appeal.
Defense counsel raised no objections to motion.
Court grants motion to stay, Order of released shall be stayed until 11/15/2021 at 3:00 PM, if no appeal is made, the defendant may be released.
Case shall be removed to District of Columbia.
Court adjourned.