# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 6:21-mj-1915-DCI

JOCELYN DOR

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c), FED.R.CRIM.P.

JOCELYN DOR, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Complaint from District of Columbia was held on November 9, 2021 and a Detention hearing was held on November 12, 2021.

Based on the defendant's waiver of identity hearing, I find that JOCELYN DOR is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary hearing has been held because the defendant elects to have the preliminary hearing conducted in the district in which the prosecution is pending.

It is, therefore, **ORDERED** that JOCELYN DOR be held to answer in the district court in which the prosecution is pending. Defendant was ordered released on pretrial conditions by separate order, but that order of release was stayed at the request of the government to allow the United States Attorney's Office in the prosecuting district to seek an appeal of that order of release—the government has until 3:00 p.m. on November 15, 2021, to inform the Court whether an appeal has been filed. If no appeal is filed by that date and time, the Defendant will be released on the conditions articulated by the Court.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 12, 2021.

Copies furnished to:

United States Attorney
Counsel of Record

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE