UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,                    Case No. 6:21-mj-1915

      Plaintiff,    ☐
      Government    ☒      ☐ Evidentiary
                                ☐ Trial
                                ☒ Other (IA & Detention hearing)

v.

JOCELYN DOR

      Defendant    ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 11/12/21 | 11/12/21 | FBI Agent Joseph Kenny | | Photographs recovered from cellular telephone of Elianda Tunis |
| 2 | 11/12/21 | 11/12/21 | " " | | Firearms Photos |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement without objection.   Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.