ELIANDE TUNIS - 3447

PRELIMINARY FINDINGS - ~3,000 out of ~11,000 PHOTOS



10/4/2021 8:28:31 PM +00:00  |  DCIM  |

**U.S. District Court**
Middle District of Florida
Orlando Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 1

Case No.: 6:21-mj-1915

UNITED STATES OF AMERICA

vs.

JOCELYN DOR

Date Identified: 11/12/21

Date Admitted: 11/12/21

to Josien Dero

Enrolled as JOCELYN

The money will typically be available in Josien's account in minutes.

Confirmation #: 851562730

All done

9/17/2021 9:55:00 PM +00:00  |  DCIM  |





10/9/2021 12:41:48 PM +00:00 | DCIM |



10/10/2021 4:36:32 PM +00:00 | DCIM |



10/1/2021 8:50:03 PM +00:00 | DCIM |



9/29/2021 6:07:13 PM +00:00 | 50bb1f0.jpg | 9/27/2021 6:45:41 PM +00:00 |



6.jpg | 9/21/2021 9:47:15 PM +00:00 |

10/1/2021 5:21:30 PM +00:00 |





9/21/2021 9:36:19 PM +00:00 | DCIM |





10/1/2021 4:21:39 PM +00:00

9/28/2021 9:01:33 PM +00:00





9/12/2021 5:32:04 PM +00:00

9.jpg    10/6/2021 7:42:42 PM +00:00





10/9/2021 1:46:06 PM +00:00  |  DCIM  |

 



10/11/2021 8:36:01 PM +00:00  |  DCIM  |

 



10/11/2021 7:26:46 PM +00:00 | DCIM |



10/10/2021 9:48:49 PM +00:00 | DCIM |



10/9/2021 3:14:37 PM +00:00 | DCIM |

10/9/2021 2:15:17 PM +00:00 | DCIM |

10/10/2021 5:49:46 PM +00:00 | DCIM |



10/9/2021 12:41:17 PM +00:00 | DCIM |



10/9/2021 3:12:41 PM +00:00 | DCIM |



10/19/2021 11:07:12 AM +00:00  |  DCIM  |





10/9/2021 3:20:19 PM +00:00  |  DCIM  |



10/9/2021 3:09:51 PM +00:00 | DCIM |



10/9/2021 4:14:46 PM +00:00 | DCIM |



10/20/2021 12:00:52 AM +00:00 | DCIM |

