

U.S. District Court
Middle District of Florida
Orlando Division

## GOVERNMENT EXHIBIT

Exhibit No.: Z

Case No.: 6:21-mj-1915

UNITED STATES OF AMERICA

vs.

JOCELYN DOR

Date Identified: 11/12/21

Date Admitted: 11/12/21



