

**U.S. District Court**
**Middle District of Florida**

Exhibit Number: _____1_____

Case Number:
_____6:21-mj-01915-DCI_____

Case Style:
_____USA_____

v.
Jocelyn Dor

Date Identified:
_____11/12/21_____

Date Admitted:
_____11/12/21_____