FD-597 (Rev. 4-13-2015)

**UNITED STATES DEPARTMENT OF JU{**
**FEDERAL BUREAU OF INVESTIGATIOI**
**Receipt for Property**

Case ID: 256C-MM-3514674

On (date) 11-9-21

item (s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) Spencer Rhodes - Attorney

(Street Address) 5825 South Orange Blossom Trail #47

(City) Orlando, Fl 32939

| U.S. District Court |
| Middle District of Florida |

Exhibit Number: _____2_____

Case Number:
6:21-mj-01915-DCI

Case Style:
USA

v.
Jocelyn Dor

Date Identified:
11/12/21

Date Admitted:
11/12/21

Description of Item (s): One (1) Springfield Armory Serial # 464977,
One (1) VSKA Century Arms 7.62 Serial # SV7062023,
One (1) VSKA Century Arms 7.62 x39 Serial # SV7063271,
One (1) RAK 47 7.62 x39 Riley Defense Inc Serial # B21018,
One (1) VSKA Century Arms 7.62 x39 Serial # SV7085520,
One (1) VSKA Century Arms 7.62 x34 Serial # SV7085042,
One (1) VSKA Century Arms 7.62 x39 Serial # SV7078924
w/ Red Dot device,
One (1) VSKA Century Arms 7.62 x39 Serial # SV7078918
One (1) VSKA Century Arms 7.62 x39 Serial # SV7061803
One (1) Barrett 82A1 50 Caliber Serial # AA012733
One (1) 50 Caliber Barrett Upper Serial # 019232304-21

1-Flour Bag 15) 2nd mag AK 7.62 x39 empty Magazines
(1) Barrett 50 Caliber Magazine, One (1) Springfield Magazine
1-Rifle Bag (1) 7.62 x39 Magazine

Received By: _____
(Signature)

Received From: _____  11/9/21  17:02
(Signature)

Printed Name/Title: SA Joseph Kenny, FBI MM

Printed Name/Title: Spencer Rhodes - Attorney