



**U.S. District Court**
**Middle District of Florida**

Exhibit Number: 3

Case Number:
6:21-mj-01915-DCI

Case Style:
USA

v.

Joselyn Dor

Date Identified:
11/12/21

Date Admitted:
11/12/21

